No. 54, Orig.   UNITED STATES *v.* FLORIDA ET AL.   Upon consideration of the Report of the Special Master and the joint motion to dismiss, it is ordered that this case be dismissed.   [For earlier order herein, see, *e. g.,* 430 U. S. 140.]

No. 75, Orig.   IDAHO ET AL. *v.* VANCE, SECRETARY OF STATE, ET AL.   Motion of plaintiffs to strike brief in opposition, or in the alternative for an allowance of time to respond, denied. Motion for leave to file bill of complaint denied.

No. 75–1690.   PARHAM, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF GEORGIA, ET AL. *v.* J. L. ET AL.   D. C. M. D. Ga.   [Probable jurisdiction noted, 431 U. S. 936]; and

No. 76–1193.   UNITED STATES *v.* JACOBS, AKA "MRS. KRAMER."   C. A. 2d Cir.   [Certiorari granted, 431 U. S. 937.] Cases restored to calendar for reargument.

No. 76–1484.   ZURCHER, CHIEF OF POLICE OF PALO ALTO, ET AL. *v.* STANFORD DAILY ET AL.; and

No. 76–1600.   BERGNA, DISTRICT ATTORNEY OF SANTA CLARA COUNTY, ET AL. *v.* STANFORD DAILY ET AL.   C. A. 9th Cir. [Certiorari granted, *ante,* p. 816.]   Motion of Reporters Committee for Freedom of the Press et al. for leave to participate in oral argument as *amici curiae* denied.   Motion of respondents to continue oral argument denied.

No. 76–1596.   UNITED STATES *v.* MAURO ET AL.   C. A. 2d Cir.   [Certiorari granted, *ante,* p. 816]; and

No. 77–52.   UNITED STATES *v.* FORD.   C. A. 2d Cir.   [Certiorari granted, *ante,* p. 816.]   Motion of the Solicitor General to consolidate these cases for oral argument denied.

No. 76–6767.   SCOTT ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 888.]   Motion of Chloe V. Daviage for leave to participate in oral argument as *amicus curiae* denied.   Motion of petitioners for divided argument denied.